UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

KELLY BOYD,

        Plaintiff,

vs.

JO JO'S TAVERN INC., a New Jersey corporation, d/b/a JOJO'S TAVERN, and SCHARIBONE REALTY LLC, a New Jersey limited liability company,

        Defendants.
_____/

CASE NO: 3:22-cv-04614-ZNQ-JBD

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, KELLY BOYD, and Defendants, JO JO'S TAVERN INC., a New Jersey corporation, d/b/a JOJO'S TAVERN, and SCHARIBONE REALTY LLC, a New Jersey limited liability company, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 22nd day of August, 2023.

By: _____
Robert J. Mirel, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160
Telephone: (305) 949-7777
E-mail: rjm@weitzfirm.com
*Attorney for Plaintiff*

By: _____
Erik E. Sardiña, Esq.
Kaufman Dolowich Voluck, LLP
Court Plaza North
25 Main Street, Suite 500
Hackensack, NJ 07601
Telephone: (973) 488-6655
Email: esardina@kdvlaw.com
*Attorney for Defendants*

**SO, ORDERED:**

_____
Zahid N. Quraishi, U.S.D.J.

Dated: _____