# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____

KELLY BOYD,

        Plaintiff,

vs.

JO JO'S TAVERN INC., a New Jersey
corporation, d/b/a JOJO'S TAVERN, and
SCHARIBONE REALTY LLC,
a New Jersey limited liability company,

        Defendants.
_____/

CASE NO: 3:22-cv-04614-ZNQ-JBD

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, KELLY BOYD, and Defendants, JO JO'S TAVERN INC., a New Jersey corporation, d/b/a JOJO'S TAVERN, and SCHARIBONE REALTY LLC, a New Jersey limited liability company, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 22nd day of August, 2023.

By: _____  
Robert J. Mirel, Esq.  
The Weitz Law Firm, P.A.  
18305 Biscayne Blvd., Suite 214  
Aventura, FL 33160  
Telephone: (305) 949-7777  
E-mail: rjm@weitzfirm.com  
*Attorney for Plaintiff*

By: _____  
Erik E. Sardiña, Esq.  
Kaufman Dolowich Voluck, LLP  
Court Plaza North  
25 Main Street, Suite 500  
Hackensack, NJ 07601  
Telephone: (973) 488-6655  
Email: esardina@kdvlaw.com  
*Attorney for Defendants*

**SO, ORDERED:**

_____  
Zahid N. Quraishi, U.S.D.J.

Dated: __August 25, 2023__